## Harry D. Hodges, Appellee, v. Charles A. Humphreys, Appellant.

Gen. No. 40,939.

opinion filed December 30, 1940. Rawlins & Wright, for appellant; Fay Warren Johnson, of counsel; Cassels, Potter & Bentley, for appellee; Leslie H. Vogel and Horace G. Marshall, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."